Charles William King, III, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Charles William King, III, a former Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915(e) (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See King v. Filbert*, No. CA–01–68–AMD (D.Md. Jan. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Nathaniel Smith Thurston, Jr., pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Nathaniel Smith Thurston, Jr., appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Thurston v. Ray*, No. CA–00–20–3–24BC (D.S.C. filed Jan. 11, 2001; entered Jan. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Nathaniel Smith **THURSTON**, **Jr., Petitioner–Appellant,**

v.

**Mickey RAY; United States Attorney, Respondents–Appellees.**

No. 01–6188.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

**Crystal J. WOLFF; Jeffrey L. Wolff, Sr.; Jennifer K. Wolff, Plaintiffs–Appellants,**

v.

**Pamela GAMES–NEELY, Prosecutor; Greg Seifort, D.H.H.R. Worker; Jennell Sieglar, D.H.H.R. Worker; David Sanders, Judge; Dr. Parry, School Assistant Supervisor; Paul Lane, Esq.;**